JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL JAMES PARKS,<br>    Plaintiff,<br>    v.<br>L. FERGUSON, *et al.*,<br>    Defendants. | Case No. ED CV 13-0470 SVW (JCG)<br>**JUDGMENT** |

    IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED:  December 21, 2016

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE